ENTERED ON DOCKET
12/15/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PEDRO J. VARELA-FERNANDEZ
  Petitioner,

v.

NORMA BURGOS, SECRETARY OF
STATE OF THE COMMONWEALTH
OF PUERTO RICO,
  Respondent.

Civil No. 98-2287 (HL)

## JUDGMENT

The Court hereby enters declaratory judgment ordering the Secretary of State to verify or authenticate petitioner's birth certificate, but with the following stamp thereon:

"**NOT VALID FOR INTERNATIONAL TRAVEL.**"

San Juan, Puerto Rico, December 15, 1999.

HECTOR M. LAFFITTE
Chief U.S. District Judge.


