1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO J. VARELA -FERNANDEZ   :

    Petitioner                      CIVIL NUM. 98-2287 (HL)

vs.   :

NORMA BURGOS, SECRETARY OF
STATE OF THE COMMONWEALTH
OF PUERTO RICO   :

    Respondent   :

_____

NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Comes now petitioner, pro se, and respectfully appeals from the judgment rendered in this case on December 15, 1999.

    RESPECTFULLY SUBMITTED.

    In Cayey, Puerto Rico, this ____ day of January, 2000.

    Certificate of service on this same date to Mr. Gustavo Gelpi, Department of Justice, P.O. Box 9020192, San Juan, P.R. 00902-0192.

PEDRO J. VARELA
HC 44 APTO. 13470
CAYEY, P.R. 00736
TEL/FAX 787.738.5345

a:varbur1.2

RECEIPT # 106378
AMOUNT 105.00